IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAMELA BOND,** : | CIVIL ACTION NO. 1:16-CV-318 |
| : | |
| Plaintiff : | (Chief Judge Conner) |
| : | |
| v. : | |
| : | |
| **PNC BANK and PAUL GRISSO,** : | |
| : | |
| Defendants : | |

## **ORDER**

AND NOW, this 1st day of December, 2016, upon consideration of the report (Doc. 12) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court dismiss the complaint (Doc. 1) of *pro se* plaintiff Pamela Bond ("Bond") for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and for lack of subject matter jurisdiction, (see Doc. 12 at 2-12), wherein Judge Saporito observes that the court ordered Bond to show cause on or before June 28, 2016 why this matter should not be dismissed for lack of subject matter jurisdiction, to wit: a failure of diversity jurisdiction and no apparent basis for federal question jurisdiction, (see Docs. 6, 10), and further upon consideration of Bond's late-filed objections (Doc. 14) to the report, and her request (Doc. 15) for additional time to file "a supporting brief for the case," neither of which acknowledge or answer the show cause directive issued by Judge Saporito, and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error standard of review to the uncontested portions, see Cruz v.

Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court finding Judge Saporito's analysis to be thorough, well-reasoned, and fully supported by the record before the court, and finding Bond's cursory objections to be without merit, it is hereby ORDERED that:

1. The report (Doc. 12) of Magistrate Judge Joseph F. Saporito, Jr., is ADOPTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

3. Plaintiff's motion (Doc. 15) for extension of time is DENIED as moot.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania